# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PHILLIP LOUIS LUCERO,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Warden, California State Prison at San Quentin,<br><br>Respondent. | Case No. 2:01-cv-02823-AB<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT** |

This Court, having previously granted habeas relief on Claim Four (A)(1) of the First Amended Petition for Writ of Habeas Corpus (*see* Dkt. No. 185), enters judgment as follows:

IT IS HEREBY ORDERED that the death judgment, convictions for first-degree murder, and special-circumstance finding are vacated. IT IS FURTHER ORDERED that the State of California shall, within 120 days, either initiate proceedings to retry Lucero for premeditated murder or reduce the murder convictions to second degree and impose sentence for those offenses according to law.

Date: June 20, 2025

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1